95 P.3d 975

# SUPREME COURT OF HAWAI'I

**July 26, 2004**

| | | |
|---|---|---|
| 24335 | Yamashiro v. Dai Tokyo Royal Ins. Co. | Affirmed |

**August 9, 2004**

| | | |
|---|---|---|
| 26298 | State v. Johansen | Vacated and Remanded |

**August 19, 2004**

| | | |
|---|---|---|
| 24710 | State v. Jim | Affirmed |